IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS A. ORMAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 15-3432 |

## ORDER

**AND NOW**, this 21st day of April 2016, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 10, 11, 12, 13), Plaintiffs' Motion to Withdraw Complaint (Doc. No. 17), Defendants' Responses in Opposition to Plaintiffs' Motion to Withdraw Complaint (Doc. Nos. 18, 24), Plaintiffs' Replies to Defendants' Opposition to the Motion to Withdraw (Doc. Nos. 22, 25), and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Withdraw Complaint (Doc. No. 17) is **GRANTED.**
2. Defendants' Motions to Dismiss (Doc. Nos. 10, 11, 12, 13) are **DENIED AS MOOT**.
3. Plaintiffs' Amended Complaint (Doc. No. 4) is **DISMISSED WITH PREJUDICE.**
4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.